# JEFFREY L. SAPIR, ESQ.
## STANDING CHAPTER 13 TRUSTEE

JEFFREY L. SAPIR  
JODY L. KAVA*  
*ADMITTED IN NY & CT

MICHELLE L. HORTON  
CASE MANAGER x 218  
MHorton@sapirch13tr.com

HEATHER MCCARTY  
POUGHKEEPSIE CASE MANAGER  
HMcCarthy@sapirch13tr.com

399 KNOLLWOOD ROAD  
SUITE 102  
WHITE PLAINS, NY 10603  
_____  
(914) 328-6333  
FAX  (914) 328-7299  
email: info@Sapirch13tr.com

April 21, 2014

**NOTICE OF WITHDRAWAL**

To Whom It May Concern:

      Re:    Lewis Russel Graham  
             Case No.  12-B-22552

Dear Sir/Madam:

    Notice of withdrawal of the Trustee's Report of Unclaimed Dividend.

                                   Very truly yours,

                                   JEFFREY L. SAPIR

MLH: